IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60002
Conference Calendar
_____


JOSEPH E. DANIELS,

                                        Plaintiff-Appellant,

versus

HONORABLE ROBERT L. GIBBS; HONORABLE
THOMAS MAYFIELD; STATE OF MISSISSIPPI,

                                        Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:97-CV-761-BN
- - - - - - - - - - -
August 19, 1998
Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

     Joseph E. Daniels, a Mississippi prisoner (# 81564), appeals

from the dismissal of his in forma pauperis complaint as

frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  Daniels

contends, inter alia, that the district court erred in

determining that the individual defendants, state Circuit Judge

Gibbs and District Attorney Mayfield, were entitled to absolute

judicial immunity and prosecutorial immunity, respectively.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have reviewed the record and Daniels' brief and determined that the appeal is frivolous for essentially for the reasons set forth by the district court in its order dismissing Daniels' complaint as frivolous.  See Daniels v. Gibbs, No. 3:97-CV-761-BN (S.D. Miss. Nov. 6, 1997); Denton v. Hernandez, 504 U.S. 25, 33-34 (1992) (construing former 28 U.S.C.  § 1915(d)); see Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED.  See 5TH CIR. R. 42.2.

We caution Daniels that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Daniels is urged to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTIONS WARNING ISSUED.